UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heckler & Koch Inc., Umarex Sportwaffen GMBH & Co KG, Glock, Inc., and Carl Walther Sportwaffen GMBH<br><br>    Plaintiffs,<br>  v.<br><br>Toyriffic, LLC d/b/a Hobbytron.com<br><br>    Defendant. | CV 10-4801 RSWL (AGRx)<br><br>**ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |

On August 27, 2010 Plaintiff Heckler & Koch, Inc. Filed a Motion to Stay this Case pending the resolution of Plaintiff's Appeal before the Indiana Court of Appeals [80]. On September 14, 2010, Plaintiff Heckler & Koch, Inc. filed a Notice of Withdrawal of this Motion, and this Court terminated the Motion on that date [82]. No action has taken place in this case
///
///

1

1  since that date.  Accordingly, Plaintiff is ordered to
2  show cause within 30 days why this matter should not be
3  dismissed for lack of prosecution.
4
5  DATED: December 3, 2010
6  **IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge