X-PATENTS, APC
JONATHAN HANGARTNER,
Cal. Bar No. 196268
5670 La Jolla Blvd,
La Jolla, California 92037
Telephone:   858-454-4313
Facsimile:     858-454-4314
Email:  jon@x-patents.com

Darlene R. Seymour (Admitted *Pro Hac Vice)*
1292 E. 91st Street
Telephone: 317-818-0523
Email: dseymour@ce-ip.com
Attorneys for Plaintiffs
Heckler & Koch, Inc.,
Umarex Sportwaffen GmbH & Co KG,
Carl Walther Sportwaffen GmbH, and
Glock, Inc.

H. Joseph Nourmand, Esq.
(SBN 126925)
660 S. Figueroa Street
24th Floor
Los Angeles, CA 90017
Telephone:  213-688-2888
Facsimile:  213-688-2848
hjnourmand@nourmandlaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECKLER & KOCH, INC., UMAREX SPORTWAFFEN GMBH & CO KG, GLOCK, INC., AND CARL WALTHER SPORTWAFFEN GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>TOYRIFFIC, LLC D/B/A HOBBYTRON.COM<br><br>Defendant,<br><br>And Related Counterclaims. | Case No. CV10-4801 RSWL (AGRx)<br><br>**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1), that the

1

action be dismissed without prejudice and without fees or costs to either party, all matters in controversy having been fully settled, compromised and adjourned.

Dated: June 13, 2012

| | |
|---|---|
| By:/s/ Darlene R. Seymour<br>Attorney #23133-49<br>Attorney for Plaintiffs | By:/s/ H.J. Nourmand<br>Attorney # 126925<br>Attorney for Defendant |